UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MICHAEL MAYFIELD, on behalf of himself and others similarly situated, | No.: 2:18-cv-01695-RSM |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION OF INITIAL CASE DEADLINES |
| v. | |
| ACE AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on the Parties' stipulated motion for extension of time for the Initial Case Deadlines. Dkt. #11.

Finding good cause exists to extend these deadlines, it is hereby

ORDERED as follows:

|  | **Original Date** | **New Date** |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | 1/3/2019 | 1/31/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 1/10/2019 | 2/22/2019 |

/ / /

/ / /

|  | **Original Date** | **New Date** |
|---|---|---|
| Combined Joint Status Report and Discovery Plan as Required by RCP 26(f) and Local Civil Rule 26(f): | 1/17/2019 | 3/1/2019 |

DATED this 28th day of December, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE